United States District Court
Southern District of Texas
**ENTERED**
March 31, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANTARES UNDERWRITING LIMITED, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:21-CV-00904 |
| | § | |
| MAGELLAN E&P HOLDINGS INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER

A suggestion of bankruptcy has been filed in this cause by defendant Magellan E & P Holdings, Inc. (Dkt. No. 4). The defendant/debtor filed a petition under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Texas, Case No. 21-31087. A petition filed under 11 U.S.C. §§301, et seq., operates as a stay of a judicial proceeding that was commenced against the debtor before the bankruptcy proceeding. 11 U.S.C. §362(a)(1). Accordingly, this case is STAYED as to defendant Magellan E & P Holdings, Inc.

It is so ORDERED.

SIGNED on this 31st day of March, 2021.

Kenneth M. Hoyt
United States District Judge