United States District Court
Southern District of Texas
**ENTERED**
April 07, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANTARES UNDERWRITING LIMITED, | § § § § | |
| Plaintiff, | | |
| VS. | § § § § § § § § | CIVIL ACTION NO. 4:21-CV-00904 |
| MAGELLAN E&P HOLDINGS INC., *et al.*, | | |
| Defendants. | | |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the Joint Stipulation to Dismiss with Prejudice submitted by Plaintiff Antares Underwriting Limited and Defendant RONALD J. SOMMERS, in his capacity as Chapter 7 Trustee for the Estate of Magellan E&P Holdings, Inc.

The Court GRANTS the Joint Stipulation to Dismiss with Prejudice and ORDERS that this lawsuit and all causes of action, claims, and counterclaims asserted by and against Plaintiff and Defendant be dismissed, with prejudice to refiling. Each party shall bear its own costs (Dkt. No. 63).

It is so ORDERED.

SIGNED on April 7, 2025, at Houston, Texas.

_____
Kenneth M. Hoyt
United States District Judge

1 / 1